**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Raul Ruben MEDINA,
Defendant-Appellant.**

**No. 76–2152
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Dec. 6, 1976.

Roland Dahlin, II, Federal Public Defender, Karen K. Friedman, Asst. Federal Pub-
lic Defender, Houston, Tex., Gustavo L. Acevedo, Asst. Federal Public Defender, Laredo, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U.S. Atty., Mary L. Sinderson, George A. Kelt, Jr., Robert A. Berg, James R. Gough, Asst. U.S. Attys., Houston, Tex., for plaintiff-appellee.

Before GODBOLD, HILL and FAY, Circuit Judges.

PER CURIAM:

The search of appellant's vehicle took place at the Sarita checkpoint which was the subject of *Sifuentes v. United States,* affirmed *sub nom., United States v. Martinez-Fuerte,* —— U.S. ——, 96 S.Ct. 3074, 49 L.Ed.2d 1116 (1976). The officer had probable cause to search the car after appellant ran the checkpoint, after his car interior smelled of air freshener, and after he denied having a key to the trunk. *See United States v. Torres,* 537 F.2d 1299, 5 Cir. 1976. The judgment of the district court finding appellant guilty of possession of marijuana with intent to distribute is AFFIRMED.

---

* Rule 18, 5 Cir., see *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.